UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA GUTNOVA,<br>1429 La Jolla Rancho Road<br>La Jolla, CA 92037<br><br>Plaintiff,<br><br>vs.<br><br>JEH JOHNSON,<br>Secretary of Homeland Security,<br>Washington, DC  20528<br><br>LEÓN RODRIGUEZ,<br>Director of the United States Citizenship<br>and Immigration Services,<br>111 Massachusetts Avenue,<br>NW MS 2260<br>Washington, DC 20529-2260<br><br>NICHOLAS COLUCCI,<br>Director of the United States Citizenship<br>and Immigration Services' Immigrant<br>Investor Program Office,<br>Washington DC, 20529<br><br>Defendants. | Case No.:<br><br>COMPLAINT |

## COMPLAINT

## DESCRIPTION OF ACTION

1. This complaint is brought by plaintiff, ELENA GUTNOVA against the defendants to compel a decision on her Form I-526, Immigrant Petition by Alien Entrepreneur (WAC-14-903-56331), which has been pending with the United States Citizenship and Immigration Services since July 1, 2014.

## JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff, ELENA GUTNOVA, is a citizen of Russia and a resident of the state of California.

4. The defendant, JEH JOHNSON, is the Secretary of the Department of Homeland Security, and as such has the authority to adjudicate Forms I-526, Immigrant Petitions by Alien Entrepreneur. He resides for official purposes in the District of Columbia.

5. The defendant, LEÓN RODRIGUEZ, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security which adjudicates Forms I-526, Immigrant Petitions by Alien Entrepreneurs . He resides for official purposes in the District of Columbia.

6. The defendant, NICHOLAS COLUCCI, is the Director of the Immigrant Investor Program Office of the United States Citizenship and Immigration Services, where plaintiff's Form I-526, Immigrant Petition by Alien Entrepreneur is currently pending. He resides for official purposes within the District of Colombia.

BRIEF STATEMENT OF RELEVANT FACTS

7. On July 1, 2014, Elena Gutnova filed a Form I-526, Immigrant Petition by Alien Entrepreneur with the United States Citizenship and Immigration Services, which was assigned File No. WAC1490356331.

8. On September 14, 2015 Mrs. Gutnova inquired, through her attorney Andrey Plaksin, with the United States Citizenship and Immigration Services regarding the status of her petition and was informed that it was "currently pending with the Immigrant Investor Program Office. We regret that we are unable to provide you with a completion date at this time. We apologize for

the delay."

9. On approximately September 15, 2015, Mrs. Gutnova inquired, through her attorney Andrey Plaksin, with the Citizenship and Immigration Services Ombudsman regarding the status of her petition and was told that "Your submission is being reviewed to determine how our office may assist. If we are able to help, you will receive correspondence regarding the inquiry from our office within 60 <u>business</u> days. If our office is unable to assist, we will notify you promptly."

10. On November 2, 2015, Mrs. Gutnova inquired, through her attorney Andrey Plaksin, with the United States Citizenship and Immigration Services regarding the status of her petition and was informed that it was "currently pending with the Immigrant Investor Program Office. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay."

11. On November 10, 2015, Mrs. Gutnova inquired, through her attorney Andrey Plaksin, with the United States Citizenship and Immigration Services regarding the status of her petition and was informed that it was "currently pending with the Immigrant Investor Program Office. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay."

12. On November 10, 2015, Mrs. Gutnova inquired, through her attorney Andrey Plaksin, with the Immigrant Investor Program Office regarding the status of her petition and was informed that it was "currently pending with the Immigrant Investor Program Office. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay."

13. On November 16, 2015, Mrs. Gutnova through her attorney Andrey Plaksin followed up with the Citizenship and Immigration Services Ombudsman regarding the status of her petition and was told (in relevant part) that "The Ombudsman is currently reviewing all incoming requests for case assistance within 60 business days. … Our records indicate this case is awaiting assignment to an analyst for review. Your email will be forwarded to the analyst assigned your case. Once the analyst completes said review, you will be contacted with an update."

14. On November 30, 2015, Mrs. Gutnova, through her attorney Andrey Plaksin, followed up with the Citizenship and Immigration Services Ombudsman regarding the status of her petition and was told (in relevant part) that "Your case is currently under review by an Immigration Law Analyst in our office. We appreciate your continued patience as we determine how best to assist in the case. I've shared your request for an update with the Analyst, and they will be in touch directly with any updated information."

15. On December 9, 2015, the Citizenship and Immigration Services Ombudsman has informed Mrs. Gutnova, through her attorney Andrey Plaksin, that in response to its inquiry, "U.S. Citizenship and Immigration Services (USCIS) indicated that [Mrs. Gutnova's] case is actively being reviewed. USCIS is unable to provide a specific time frame for resolution of the case, but our office will continue to monitor USCIS's progress on a regular basis." That same day, Mrs. Gutnova, through her attorney Andrey Plaksin, followed up with the Citizenship and Immigration Services Ombudsman regarding the status of her petition and pointed out that:

> I've turned to your office many times before and you have been very, very helpful in resolving similar situations. However, your current reply has provided no new information. I am attaching a reply from USCIS to my prior Service Request, where they have said the same thing - "we are working on your case, please wait." I've received several such replies from USCIS each time I inquired on my client's behalf.
>
> Please take notice that this case is significantly outside normal processing times. USCIS records, as of September 30, 2015, indicate a 14.4 month wait time for I-526 cases to be adjudicated. My client's case is pending as of July 1, 2014 that's over 17 months! It is disturbing that my client, after investing $500,000.00 to create new jobs in our country must wait so long for her EB-5 case to be adjudicated. I urge you to please reach out to USCIS once again in order to obtain a more detailed answer as to the cause of the delay and the anticipated date of case adjudication. Thank you in advance for your help.

16. The CIS Ombudsman responded to this inquiry by stating:

Thank you for providing the attached case processing times and

USCIS response. Your documents have been shared with the analyst assigned to your inquiry and attached to the record.

While we understand your concerns and the reasons that have compelled you to write us, we will continue to monitor this case and contact USCIS on your client's behalf. Any information that we receive about your client's case will be forwarded to you as soon as we receive the information.

17. On January 5, 2016, Mrs. Gutnova, through her attorney Andrey Plaksin, followed up with the CIS Ombudsman once again, pleading that:

Nearly one month has passed from the date of USCIS' uninformative response to your inquiry on behalf of my client, Mrs. Elena Gutnova. As of today's date, her I-526 petition #WAC-14-903-56331 is pending for over 18 months. According to the most recent USCIS Processing Time Information bulletin for the Immigrant Investor Program Office (as of October 31, 2015), the "normal" processing time for such petitions is 12.4 months. Accordingly, USCIS is delaying adjudication of Mrs. Gutnova's petition by nearly 6 months!

I urge you to contact USCIS again as soon as possible and investigate this matter as Mrs. Gutnova is contemplating filing a Writ of Mandamus to compel USCIS to take action on this case, which USCIS is refusing to handle properly.

18. The CIS Ombudsman responded by stating that:

Thank you for your email. Please be advised that your client's case remains under review with USCIS. At this time, we do not have any updated information to provide to you. While we understand your concerns and the reasons that have compelled you to write us, we will continue to monitor this case and contact USCIS on your client's behalf. Any information that we receive about your client's case will be forwarded to you as soon as we receive the information.

19. On January 7, 2016, Mrs. Gutnova inquired, through her attorney

Andrey Plaksin, with the United States Citizenship and Immigration Services regarding the status of her petition and was informed that it was "currently pending with the Immigrant Investor Program Office. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay."

20. It is apparent from the many inquiries described above that any further follow-ups with the USCIS, the CIS Ombudsman or the Immigrant Investor Program Office would be futile.

## COUNT I

21. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEÓN RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and NICHOLAS COLUCCI, Director of the United States Citizenship and Immigration Services' Immigrant Investor Program Office, are each and all officers or employees of the United States Department of Homeland Security.

22. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEÓN RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant NICHOLAS COLUCCI, Director of the United States Citizenship and Immigration Services' Immigrant Investor Program Office, each and all owe a duty to the Plaintiff to adjudicate her petition for alien entrepreneur within a reasonable time. 5 U.S.C. § 555(b)

("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

23. The time in which plaintiff's petition for alien entrepreneur has been pending with Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEÓN RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant NICHOLAS COLUCCI, Director of the United States Citizenship and Immigration Services' Immigrant Investor Program Office is well beyond the period of time which these officers or employees or their predecessors reasonably require to adjudicate it and is well beyond the current average processing times as officially reported by USCIS' Immigrant Investor Program Office on the USCIS' website: www.uscis.gov.

24. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

25. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

RELIEF REQUESTED

26. WHEREFORE it is respectfully requested that the Court compel

Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEÓN RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant NICHOLAS COLUCCI, the Director of the United States Citizenship and Immigration Services' Immigrant Investor Program Office, to adjudicate the Plaintiff's Form I-526, Immigrant Petition by Alien Entrepreneur in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Dated this 1st day of February, 2016

s/Michael E. Piston
Michael E. Piston (MI 002)
Attorney for Plaintiff
225 Broadway
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com